

Attorneys admitted in
California, New York,
Texas, Pennsylvania, and
Maine

Sender's contact:
stephen@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

December 9, 2025

**DELIVERED VIA ECF**
Hon. Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
40 Foley Square, Courtroom 24A
New York, New York 10007

|  |  |
|---|---|
| **Case Title:** | *Freeman v. Amazon.com, Inc., et al,* **1:23-cv-04796-CM** |
| **Re:** | **Request to Lift Stay to Amend the Pleadings** |

Your Honor:

This office represents Plaintiff, Lynne Freeman, in the above matter. We write to request that the Court lift the stay on these proceedings for the limited purpose of allowing Plaintiff to file an amended complaint. Plaintiff intends to amend her complaint to include claims as to the remaining two books in the *Crave* series, *Charm* and *Cherish*, to this action, where it currently addresses only the first four books. A true and correct copy of Plaintiff's proposed amended complaint is attached hereto as **Exhibit 1.**

Amendment is proper under Rule 15(a)(2), where leave to amend should be freely granted where justice so requires. And lifting the stay on this matter for the limited purpose of allowing this amendment would allow Plaintiff to address the alleged infringement of all of the *Crave* books in a single action rather than requiring a separate lawsuit to be filed (which would otherwise be necessary to avoid prejudice from the 3-year statute of limitations) before final resolution in the related matter of *Freeman v. Tracy Deebs-Elkenany, et al,*; Case No 22-cv-2435. We thank the Court for its attention to this matter.

Respectfully submitted,

By:  */s/ Stephen Doniger*
Stephen M. Doniger
DONIGER / BURROUGHS
*Attorneys for the Plaintiff*

**SO ORDERED.**

Date: /2 Dec , 2025

Hon. Colleen McMahon
United States District Judge

The stay is lifted
for the limited purpose
of amending the complaint.
It will immediately be reimposed.
No action is required by the defendants.